and be ready for argument when reached; otherwise, motion granted, with costs.

PARKER, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Spencer B. Parker against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 153 App. Div. 938, 138 N. Y. Supp. 1133.

LAMBERT and MERRELL, JJ., dissent.

PARKER v. RYAN. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Charles F. Parker against Thomas J. Ryan. No opinion. Application denied, with $10 costs. Order signed.

PARKES, Respondent, v. PARKES, Appellant. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Carrie J. Parkes against Lemuel Parkes. No opinion. Order affirmed, with $10 costs and disbursements.

PASCUCCI, Appellant, v. W. H. HIBBARD MFG. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 16, 1914.) Action by Erriso Pascucci against the W. H. Hibbard Manufacturing Company. No opinion. Order unanimously affirmed, with $10 costs and disbursements, but with leave to the plaintiff to amend upon payment of costs within 20 days.

PAYNE, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by James W. Payne against the Binghamton Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 156 App. Div. 1, 140 N. Y. Supp. 877.

PELLOCK, Appellant, v. SCHENECTADY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Frances S. Pellock, as administratrix, etc., of John Pellock, deceased, against the Schenectady Railway Company.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event; the court holding that there is a question of fact for the jury.

WOODWARD, J., dissents.

PENDER, Appellant, v. CITY OF BINGHAMTON, Respondent. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Charles B. Pender against the City of Binghamton. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. ADRAGONA et al. (two cases). (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceedings by the People of the State of New York against Guiseppe Adragona and another. No opinions. Motions to dismiss appeal granted, unless appellant comply with terms stated in orders. Orders filed.

PEOPLE, Respondent, v. BERKOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Proceeding by the People of the State of New York against Louis Berkowitz. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default.

PEOPLE v. BORCHARD. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Gustav Borchard. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. BRODIE. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Jacob Brodie. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DAVIS. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Jacob Davis, alias, etc. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. EKEROLD, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Proceeding by the People of the State of New York, on complaint of Carmine E. Pugliese, against Hagbard Ekerold. H. Weinberger, of New York City, for appellant. C. McIntyre, of New York City, for the People.

PER CURIAM. Judgment affirmed. Order filed.

LAUGHLIN and CLARKE, JJ., dissent.

PEOPLE v. 14TH ST. STORE. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against the 14th Street Store, a corporation. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. GRAY et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Proceeding by the People of the State of New York against Sylvester Gray and another. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. HENDERSON, Appellant. (Supreme Court, Appellate Divi-